UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **U-VONDA BELL** | **CIV. ACTION NO. 3:23-0606** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KILOLO KIJAKAZI, ACTING COMMISSIONER, U.S. SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge [Doc. No. 8] having been considered, together with Objections [Doc. Nos. 9 and 10] filed by Plaintiff U-Vonda Bell, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is **AFFIRMED**, in its entirety, and that this matter is hereby **DISMISSED WITH PREJUDICE.**

Monroe, Louisiana, this 26th day of October 2023.

```
_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE
```